# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

v.                              No. 4:19-cr-660-DPM-4

**JUSTIN WILEY**                                                     **DEFENDANT**
**Reg. No. 09100-025**

### ORDER

Wiley moves to reduce his sentence based on amendments to the Sentencing Guidelines. When he was sentenced, he received two criminal history status points because he was in prison when he committed his new crime. His total criminal history score was five, placing him in criminal history category III. With an offense level of fifteen, Wiley's advisory guideline range was twenty-four to thirty months. The Court sentenced him to twenty-four months, to be served consecutively to the sentence imposed by the United States District Court for the Southern District of Illinois in *United States v. Wiley*, Case No. 3:11-cr-30051.

Wiley would not receive any status points under the amended Guidelines. This change affects his advisory guideline range. He is now in criminal history category II. His revised advisory guideline range is twenty-one to twenty-seven months.

All material things considered, a sentence reduction is warranted. 18 U.S.C. § 3582(c)(2). Wiley's motion, *Doc. 158*, is granted. His

sentence is reduced to twenty-one months consecutive to his underlying sentence. All other provisions in the Judgment, *Doc. 95*, remain in effect. This Order will go into effect on 1 February 2024.

    So Ordered.

*[signed]*
D.P. Marshall Jr.
United States District Judge

15 December 2023